IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GABRIEL GONZALEZ
Reg. #30515-112                                                            PLAINTIFF

v.                              No. 4:19-cv-881-DPM

UNITED STATES OF AMERICA                                      DEFENDANT

JUDGMENT

Gonzalez's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2020